IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ANTHONY FUGATE, CHAD CHAMBERS *and* GIDGET THOMAS,<br><br>**Plaintiffs,**<br><br>v.<br><br>METRO TRANSPORT GROUP, LLC *et. al.*,<br><br>**Defendants.** | Case No. 1:23-CV-0189-TAV-SKL |

### JOINT NOTICE OF FILING SETTLEMENT AGREEMENT AND MOTION FOR APPROVAL BY THE COURT

Come the parties and file this Joint Notice of Filing Settlement Agreement and Motion for Approval by the Court ("Joint Motion"). In support of their Joint Motion, the parties state the following:

1. On August 25, 2023, Plaintiffs Anthony Fugate, Chad Chambers and Gidget Thomas ("Plaintiffs") filed the Original Collective Action Complaint pursuant to the Fair Labor Standards Act ("FLSA") on behalf of themselves and putative collective class members, consisting of current and former nonexempt dispatchers who worked for Defendant Metro Transport Group, LLC since August of 2020, and who were allegedly not paid overtime. *Doc. 01, Compl., ¶33*.

2. On May 16, 2024, Plaintiffs filed their First Amended Complaint pursuant to the Fair Labor Standards Act ("FLSA") alleging individual claims for being deprived proper overtime. *Doc. 21, First Amended Compl*.

2. At all times, Defendants have denied and continue to deny that they improperly paid Plaintiffs, or current and former employees, and further, have denied and continue to deny that Plaintiffs are entitled to any relief whatsoever.

3. After the filing of the aforementioned Complaints, and after Defendants filed responsive pleadings, the parties voluntarily exchanged documents and information and written discovery. Thereafter, the parties negotiated a settlement as to Plaintiffs' *individual* claims only.

4. On May 16, 2024, the parties filed a joint Notice of Settlement, advising the Court that they had reached a settlement, were in the process of preparing the settlement agreement and any additional paperwork necessary to resolve the matter, and would thereafter file a motion for approval. *Doc. 22, Notice of Settlement*.

5. After filing the Notice of Settlement, the parties negotiated, drafted and executed the Settlement Agreement, a copy of which is attached hereto as **Exhibit 1**.

6. As part of the Settlement Agreement, Defendants continue to deny any and all allegations of wrongdoing and maintain that Plaintiffs' lawsuit and the allegations contained therein are meritless. *Ex. 1, Settlement Agreement, p. 1.6*.

7. The parties request that the Court approve the settlement and the Settlement Agreement. As discussed above, Defendants have and continue to maintain that it properly paid Plaintiffs, therefore, these claims have no merit. Despite this, recognizing the costs and uncertainties of litigation and based on arms-length negotiations in which the parties were each represented by competent counsel, the parties reached an agreement to settle Plaintiffs individual claims for a total of $28,000.00. This figure represents approximately 50% of the unpaid overtime and liquidated damages Plaintiffs claim they are owed and Plaintiffs' attorney's fees based on a reasonable hourly rate plus costs and expenses.

14. Given the strength of Plaintiffs' case, the risk, expense, complexity and likely duration of further litigation, and the experience and views of counsel following the exchange of documents and information, the parties submit that the settlement is a fair and reasonable resolution of a bona fide

dispute over FLSA provisions, and specifically, the issue of whether Defendants properly paid overtime to Plaintiffs.

15. Based on the foregoing, the parties request that the Court enter an order approving the settlement and the Settlement Agreement.

Respectfully submitted,

*/s/J. Russ Bryant*
J. Russ Bryant (TN BPR #33830)
**JACKSON SHIELDS YEISER HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Tel: (901) 754-8001
Fax: (901) 759-1745
*rbryant@jsyc.com*

*Attorneys for Plaintiffs*

*s/Marshall W. Stair by JRB*
Marshall W. Stair, Esq. (BPR # 027556)
**LEWIS THOMASON, P.C.**
900 S. Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37901-2425
*mstair@lewisthomason.com*
Phone: (865) 541-5291
Fax: (865) 523-6529

*Attorneys for Defendants Metro Transport Group, LLC and Ben Petrillo*

Dated: June 24, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024 a true and correct copy of the foregoing has been served on the following individuals consenting to electronic service by operation of the Court's electronic filing system:

>Marshall W. Stair, Esq.
>Kyle Andrew Baisley, Esq.
>LEWIS THOMASON, P.C.
>900 S. Gay Street, Suite 300
>P.O. Box 2425
>Knoxville, TN 37901-2425
>*mstair@lewisthomason.com*
>Phone: (865) 541-5291
>Fax: (865) 523-6529
>*Attorneys for Defendants Metro Transport Group, LLC*
>*And Ben Petrillo*

>*/s/ J. Russ Bryant*
>J. Russ Bryant