UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ANTHONY FUGATE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No.: 1:23-CV-189-TAV-SKL |
| METRO TRANSPORT GROUP, LLC, et al., | ) |
| Defendants. | ) |

## ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Susan K. Lee on October 4, 2024 [Doc. 26]. In the R&R, the magistrate judge recommends that the Court grant the parties' Joint Motion [Doc. 22], and the settlement, including the attorney fee and litigation expense provisions, be approved. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After careful review of the matter, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS and ADOPTS** in full the R&R [Doc. 26] pursuant to 28 U.S.C. § 636(b)(1). The parties' Joint Motion for Settlement Approval [Doc. 22] is **GRANTED**, and the settlement agreement among the parties is hereby **APPROVED**. It is further **ORDERED** that this case is **DISMISSED with prejudice**, and the Clerk is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE